UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x
United States of America,

                        Plaintiff,

    -against-

                                                    Case No. 7:18-mj-7077

Jeffrey G. Wansley

                        Defendant.
———————————————————————x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                              SO ORDERED.

                                                              _____
                                                              Hon. Martin R. Goldberg
                                                              United States Magistrate Judge

Dated: 26th day of August 2022
         Poughkeepsie, New York